[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

No. 05-11509
Non-Argument Calendar

_____

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
August 26, 2005
THOMAS K. KAHN
CLERK

D. C. Docket No. 04-61083-CV-JIC

TRACY M. BARNES,

Plaintiff-Appellant,

versus

ETHAN ALLEN, INC.,
a foreign corporation,

Defendant-Appellee.

_____

Appeal from the United States District Court
for the Southern District of Florida

_____

(August 26, 2005)

Before BIRCH, BARKETT and COX, Circuit Judges.

PER CURIAM:

Tracy M. Barnes appeals the judgment of the district court, arguing that it was

error for the court to grant Ethan Allen, Inc.'s motion for summary judgment. We

agree with the district court that the doctor's note provided to Barnes on January 14, 2004, does not qualify as a proper "fitness-for-duty certificate" under the Family and Medical Leave Act ("FMLA") regulations. *See* 29 C.F.R. § 825.311.

Barnes's brief, construed liberally, arguably contends that Ethan Allen waived any right to a fitness-for-duty certificate. Implicit in this argument is a contention that Barnes could have furnished such a certificate if asked. The record, however, refutes this contention. The letter from Dr. Marchi submitted to Ethan Allen on March 23, 2004, states that Barnes was incapacitated and unable to work until March 23, 2004 – a date well beyond the expiration of her twelve weeks of FMLA leave.

AFFIRMED.